WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raoul Garza,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>State of Arizona,<br><br>　　　　　　Defendant. | No. CV-24-0587-TUC-EJM<br><br><br>**ORDER** |

　　　　Currently pending before the Court is Plaintiff's Motion for Status (Doc. 7). In light of the concurrently filed Report and Recommendation, IT IS HEREBY ORDERED that Plaintiff's motion (Doc. 7) is DENIED AS MOOT.

　　　　Dated this 30th day of December, 2024.

_____
Eric J. Markovich
United States Magistrate Judge